JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAD WHITTINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASON BLACK et al.,<br><br>　　　　Defendants. | Case No. CV 23-6164-MWF (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Dismissing Action for Failure to Prosecute and Failure to State a Claim, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: March 11, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge